UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MANITOWOC CRANES LLC,

    Plaintiff,

v.                                                Case No. 13-C-677

SANY AMERICA, INC., and
SANY HEAVY INDUSTRY CO. LTD,

    Defendants.

## ORDER STAYING CASE

Defendant Sany America, Inc. and Sany Heavy Industry Co., Ltd (collectively "Sany Defendants") have moved for an order staying the above action pursuant to 28 U.S.C. § 1659 on the ground that the Sany Defendants are named as respondents in an action before the United States International Trade Commission (ITC) under 19 U.S.C. § 1337. The case involves the same patent and trade secret issues as are involved in this matter. The stay is made early in the litigation, it will simplify the issues, and it will not unduly prejudice or tactically disadvantage the plaintiff. Moreover, the plaintiff does not oppose the motion.

Based upon the foregoing, the above action is stayed and may be closed for stastical purposes pending resolution of ITC Investigation No. 337-TA-887. Defendants are directed to file a report advising the court of the status of the case every six months unless and until this matter may be reopened.

**SO ORDERED** this   17th   day of July, 2013.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach, Chief Judge
                                                      United States District Court