IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

_____

MANITOWOC CRANES, LLC,

      Plaintiff,

    -vs-

SANY AMERICA, INC. and
SANY HEAVY INDUSTRY CO., LTD.,

      Defendants.

Case No: 13cv677

_____

**PLAINTIFF MANITOWOC CRANES, LLC'S MOTION TO LIFT STAY**
_____

    Plaintiff Manitowoc Cranes, LLC ("Manitowoc"), pursuant to 28 U.S.C. §1659(a), hereby moves the Court to lift the stay entered on July 17, 2013 staying this action pending resolution of International Trade Commission Investigation No. 337-TA-887. Dkt. 20. On April 16, 2015, the International Trade Commission ("ITC") determined that Defendants Sany America Inc. and Sany Heavy Industry Co. Ltd. ("Sany") had infringed one of Manitowoc's patents and misappropriated multiple Manitowoc trade secrets.

    The stay has served its purpose. This Court now has a well-developed record and detailed factual and legal findings regarding Manitowoc trade secrets. Moreover, Sany cannot show that it is entitled for the stay to be maintained under the traditional factors applied in the Seventh Circuit. Accordingly, and for the additional reasons provided in the accompanying brief, Manitowoc respectfully requests the Court lift the stay so that Manitowoc may pursue damages and equitable relief that the ITC cannot provide.

DATED: July 15, 2015

Respectfully submitted,

  /s/ Joel S. Aziere
Joel S. Aziere (WI Bar #1030823)
Suzanne M. Glisch (WI Bar #1079803)
BUELOW, VETTER BUIKEMA OLSON&
VLIET, LLC
20855 Watertown Road, Suite 200
Waukesha, WI 53186
(262) 364-0300 Telephone
(262) 364-0320 Facsimile

OF COUNSEL:

David G. Wille
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
(214) 953-6595 Telephone
(214) 661-4595 Facsimile

Mark L. Whitaker
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Ave.,
NW Washington, D.C. 20004-2400
202-639-7700

L. Gene Spears
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
Telephone: (713) 229-1234

ATTORNEYS FOR PLAINTIFF
MANITOWOC CRANES, LLC