IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

MANITOWOC CRANES, LLC,

    Plaintiff,

Case No: 13-cv-00677

-vs-

SANY AMERICA, INC. and
SANY HEAVY INDUSTRY CO., LTD.,

    Defendants.

**ORDER GRANTING MOTION TO REQUEST INTERNATIONAL TRADE COMMISSION RECORD PURSUANT TO 28 U.S.C. 1659(b)**

This matter came before the undersigned upon the parties' joint request that the Court request that the International Trade Commission transmit the record of related International Trade Commission Investigation No. 337-TA-887 to this Court. Pursuant to 28 U.S.C. § 1659(b), "after dissolution of a stay under subsection (a), the record of the proceeding before the United States International Trade Commission shall be transmitted to the district court and shall be admissible in the civil action, subject to such protective order as the district court determines necessary[.]" The stay in this case under § 1659(a) has previously been lifted.

Therefore, **IT IS HEREBY ORDERED THAT**:

1. The United States International Trade Commission shall transfer the entire record of its Investigation Number 337-TA-887, to the Eastern District of Wisconsin, Green Bay Division.

2. Counsel for Plaintiff shall ensure that the United States International Trade Commission receives notice of this Order.

3. Upon receipt, the record shall be subject to the existing Protective Order in the present case. In particular, materials previously designated as "Confidential Business Information" in Investigation Number 337-TA-887 shall automatically be treated as "Confidential Business Information" under the Protective Order in the present case.

**SO ORDERED** this 28th day of August, 2017.

        s/ William C. Griesbach
        William C. Griesbach, Chief Judge
        United States District Court - WIED