IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

MANITOWOC CRANES, LLC,

    Plaintiff,                                    Case No:     13-cv-00677

    -vs-

SANY AMERICA, INC. and
SANY HEAVY INDUSTRY CO., LTD.,

    Defendants.

## **ORDER**

Based upon Plaintiff Manitowoc Cranes, LLC unopposed Civil Local Rule 7(h) Motion to Substitute Grove U.S. L.L.C. as Plaintiff, and the grounds set forth therein; IT IS HEREBY ORDERED that Grove U.S. L.L.C. is substituted as plaintiff in this case for Manitowoc Cranes, LLC.

Dated this <u>19th</u> day of February, 2019.

                                                                           BY THE COURT:

                                                                           <u>s/ William C. Griesbach</u>
                                                                           Honorable William C. Griesbach
                                                                           United States District Court Judge